**Order entered November 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-01187-CV

**ST. MARK'S SCHOOL OF TEXAS, Appellant**

**V.**

**JINGHONG CHEN, YANSONG REN, AND JEFFREY CHEN, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-10129**

**ORDER**

Before the Court is court reporter Terri Etekochay's November 14, 2022 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than November 28, 2022.

/s/    KEN MOLBERG
JUSTICE